# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**PAUL DONOVAN WALDE,**

    **Plaintiff,**

**v.**                                                    **Case No. 1:19-cv-101-AW-GRJ**

**FLORIDA CHILD SUPPORT
PROGRAM, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

This case is before the Court upon the magistrate judge's Report and Recommendation dated August 12, 2019. ECF No. 8. No objections have been filed.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted. Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order, and this case is DISMISSED.

2. The Clerk is directed to enter a judgment stating: "This case is dismissed for lack of subject matter jurisdiction."

3. The Clerk is directed to close the file.

SO ORDERED on September 10, 2019.

                                                      s/ *Allen Winsor*
                                                      United States District Judge